UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

**HUCKLEBERRY PARTNERS, LLC**    Case No.: 6:22-bk-02159-GER
                                 Chapter 11
  Debtor.
_____/

### LIMITED OBJECTION TO DEBTORS' EMERGENCY MOTION
### FOR AUTHORITY TO PAY AFFILIATE OFFICER COMPENSATION

**Adam Kanter**, as Creditor and Member **("Kanter")** asserts his limited objection to the Debtors Emergency Motion for Authority to Pay Affiliate Officer Compensation (the "**Motion**").[1]

### BACKGROUND

1.  On June 17, 2022 (the "**Petition Date**") the Debtor filed its Voluntary Petition for relief under Chapter 11 of the United States Bankruptcy Code.[2]

2.  The Debtor operates a commercial shopping center known as Waterford Commons located at 12789 Waterford Lakes Parkway, Orlando, Florida.

3.  Kanter is the owner and holder of 100% of the capital membership interest of the Debtor. The Debtor is currently operated by H. James Herborn, III ("**Herborn**") who is a 15% profits partner in the Debtor.[3]

4.  Prior to the Petition Date, Herborn and Kanter and others were parties in a complex litigation (the "**State Court Litigation**") pending before the Orange County Circuit Court. The filing

---

[1] Doc. No. 7.
[2] Doc. No. 1.
[3] A *capital member* has contributed cash or property to the limited liability company (LLC) in exchange for his membership interest and maintains a capital account. A *profits member* has received an interest in the LLC in exchange for services and is sometimes referred to as sweat equity. The primary difference between the two forms of interests is that the capital member is entitled to his percentage interest in the liquidation proceeds of the LLC's assets. The profits partner in only entitled to his percentage of operating profits, if any.

1

of the Voluntary Petition stayed the pending State Court Litigation, and the Debtor removed that case to this Court. [4]

5.      On June 21, 2022, the Debtor filed the Motion which seeks approval of payment of a monthly management and maintenance fee to "an officer affiliate – Henry James Herborn, III".

## II. OBJECTION

The relief requested by the Debtor seeks to "continue to pay Mr. Herborn his compensation of $2,500 per month (before tax withholdings)".[5]

In the prior twelve-month period, and the entire history of the Debtor, there has never been authorization to pay a management fee. However, to the extent that the Court allows the payment of the management fee, it should be paid in a customary matter, including withholding of taxes. The history of payments to Herborn have been _without_ withholding for taxes and has thus incurred a tax liability for the Debtor. Any continued payments should be subject to the normal and ordinary payroll process, including withholding of taxes to be remitted to the IRS.

Moreover, in prior years, Herborn has paid personal expenses out of the Debtor including legal fees for litigation unrelated to the Debtor. Any such payment authorization should specifically exclude any ability of Herborn to pay his personal expenses out of the Debtor.

Kanter reserves all rights to assert any further objections at the final hearing.

---

[4] Adv. Pro. Case 6:22-ap-00050, Doc. No. 1.
[5] Doc. No. 7, at ¶ 6.

**Dated: June 22, 2022**

          **THE HOUSTON FIRM**
*Counsel for Creditor and Member*
*Adam Kanter*
633 S.E. Third Avenue, Suite 4R
Fort Lauderdale, Florida 33301
Telephone: (954) 900-2615
Facsimile: (954) 839-9068
Primary Email: bhouston@thehoustonfirm.com
Secondary E-mail: dschena@thehoustonfirm.com

By:  /s/ Bart A. Houston, Esq.
      Bart A. Houston, Esq.
      Florida Bar No. 623636

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 22, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. The foregoing document is being served this day by the CM/ECF Noticing System on all counsel of record or parties of record who are on the CM/ECF Noticing System by transmission of Notices of Electronic Filing generated by CM/ECF.

By:  /s/ Bart A. Houston, Esq.
      Bart A. Houston, Esq.
      Florida Bar No. 623636