

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

10/06/2022 10:30 AM

COURTROOM   6D, 6th Floor

## HONORABLE GRACE ROBSON

| CASE NUMBER: | | | FILING DATE: |
|---|---|---|---|
| **6:22-bk-02159-GER** | **11** | | **06/17/2022** |

**Chapter 11**

**DEBTOR:**      Huckleberry Partners LLC

**DEBTOR ATTY:**  **Benjamin Taylor**

**TRUSTEE:**      **NA**

**HEARING:**

1)   Confirmation
Chapter 11 Plan (Doc #76) Modification (Doc #101)
Disclosure Statement (Doc #80) Supplemental (Doc #100)
Confirmation Affidavit (Doc #104)
Ballot Tabulation (Doc #106)
Debtor's Exhibits #1 and 2 (Doc #110)
Kanter's Objection to Confirmation (Doc #97)
Emerald Creek's Objection (Doc #102)
2)   (Debtor's) Final Application for Compensation of Murray Fisher and Fisher-Bray Real Estate Group, Inc., for an Allowed
        Administrative Expense in the Amount of $188,250.00, at Closing of Sale (Doc #78)
3) Debtor's Expedited Motion for Hearing on Debtor's Objection to Allowance of Claim No. 3   (Doc #99)
Emerald Creek's Objection (Doc #108)
Debtor's Exhibits #1-7 (Doc #112)
4)   Debtor's Objection to Claim(s). Claim No. 3 of Emerald Creek Capital 3, LLC (Doc #77)
Emerald Creek's Opposition (Doc #96) (filed after NN time)
Debtor's Exhibits #1-7 (Doc #112)
5)   Debtor's Motion for Cramdown Pursuant to 11 U.S.C. §1129(b) (Doc #111) filed 10/5/22
cont. Status Conference
6)   Debtor's Emergency Motion for Authority to Pay Affiliate Officer Salaries (Doc #7)
7)   Debtor's Emergency Motion to Use Cash Collateral (Doc #8)
Note: 6/24/22; 8/2/22; 9/21/22
341 Concluded: 7/25/2022
Claims Deadline:  8/26/2022
Plan/DS Due: 10/17/2022
Case Summary (Doc #2)
Cr. Kanter's Clarification and corrections to Case Summary (Doc #17)
Schedules (Doc #43)
MOR August 2022 (Doc #93)
PENDING:

Kanter's Motion To Confer Standing/Authority to Creditor to Pursue Claims (Doc #103) filed 9/29/22
Debtor's Supplemental Application for Compensation for Justin M Luna, Debtor's Attorney, Fee: $10096.50, Expenses: $816.14.
For the period: September 17, 2022 to October 4, 2022 (Doc #109) filed 10/5/22 w/NN

Related Case:
22-ap-50 Huckleberry Partners v. Herborn (Notice of Removal) Future Hearing: 10/13/22 at 11:00
22-mp-04 Kanter v. Herborn Future Hearing: 10/13/22 at 11:00

**APPEARANCES::**

Justin M Luna (Debtor),
Audrey Aleskovsky (UST),
Henry Herborne, Managing Member,
Bart Houston (Adam Kanter),
Andrew Ballentine (Mark Buckles/Buckles Law),
David Simmons and Dan O'Malley (DSK Law),
John D Giampolo (Emerald Creek),
Paul Sutherland III (Taylor's Group LLC),
Reed Bloodworth (Bloodworth Law),
Jack Seiler (Herborn/Huckleberry Atty),
Karl Norris (Duolark),
Alexander Lewitt (Kanter),


**EVIDENCE:**

  Debtor's Exhibits #1-2 Admitted without Objection;

**RULING:**

  1)    Confirmation

Chapter 11 Plan (Doc #76) Modification    (Doc #101): Confirmed as modified in open court; Order by Luna

Disclosure Statement (Doc #80) Supplemental (Doc #100)

Confirmation Affidavit (Doc #104)

Ballot Tabulation (Doc #106)

Debtor's Exhibits #1 and 2 (Doc #110),


Kanter's Objection to Confirmation (Doc #97)

Emerald Creek's Objection (Doc #102),


  2)    (Debtor's) Final Application for Compensation of Murray Fisher and Fisher-Bray Real Estate Group, Inc., for an Allowed
Administrative Expense in the Amount of $188,250.00, at Closing of Sale    (Doc #78): Approved; Order by Luna,


  3)    Debtor's Expedited Motion for Hearing on Debtor's Objection to Allowance of Claim No. 3    (Doc #99): Granted

Emerald Creek's Objection (Doc #108)

Debtor's Exhibits #1-7 (Doc #112),

4)    Debtor's Objection to Claim(s). Claim No. 3 of Emerald Creek Capital 3, LLC    (Doc #77) : Objection Sustained in Part; Order by Luna,

Emerald Creek's Opposition (Doc #96) (filed after NN time)

Debtor's Exhibits #1-7 (Doc #112),

5)    Debtor's Motion for Cramdown Pursuant to 11 U.S.C. §1129(b)    (Doc #111): Granted; Order by Luna,

6)    Debtor's Emergency Motion for Authority to Pay Affiliate Officer Salaries    (Doc #7): Granted on a final basis per prior order - to be included in confirmation order,

7)    Debtor's Emergency Motion to Use Cash Collateral    (Doc #8): Granted on a final basis per prior order - to be included in confirmation order,

8)    Kanter's Motion To Confer Standing/Authority to Creditor to Pursue Claims    (Doc #103): Abated - Order by Court,

9)    Debtor's Supplemental Application for Compensation for Justin M Luna, Debtor's Attorney, Fee: $10096.50, Expenses: $816.14. For the period: September 17, 2022 to October 4, 2022    (Doc #109): Order to be submitted after time runs,

Note: Post Confirmation Status Conference Scheduled 12/8/2022 at 10:00 am (AOCNFNG)

(NH)
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.