**ORDERED.**

Dated: October 06, 2022

Grace E. Robson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re ) | |
| ) | |
| Huckleberry Partners LLC, ) | Case No. 6:22-bk-02159-GER |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |

# ORDER ABATING ADAM KANTER'S
# MOTION FOR AUTHORITY TO CONFER STANDING

This case came before the Court for hearing on October 5, 2022 at 10:30 a.m. As stated in open court, the Court finds it is appropriate to abate the Motion for Authority to Confer Standing[1] (Doc. No. 103) filed by Adam Kanter. Accordingly, it is

**ORDERED**:

1. The Motion for Authority to Confer Standing (Doc. No. 103) is **ABATED** pending further order of the Court.

# # #

Attorney Bart A. Houston is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.

---

[1] *Motion for Authority to Confer Standing on Adam Kanter to Pursue Cases of Action and Object to Claims* (the "Motion for Authority to Confer Standing") (Doc. No. 103).