

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

11/15/2022 09:30 AM

COURTROOM   6D, 6th Floor

**HONORABLE GRACE ROBSON**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:22-bk-02159-GER** | 11 | 06/17/2022 |

**Chapter 11**

**DEBTOR:**   Huckleberry Partners LLC

**DEBTOR ATTY:**   Benjamin Taylor

**TRUSTEE:**   NA

**HEARING:**

Kanter's Motion for Reconsideration of Confirmation Order pursuant to Rule 9023 (Doc #128)
Kanter's Documents In Support (Doc #132)
Debtor's Response (Doc #11)
Note: 6/24/22; 8/2/22; 9/21/22; 10/6/22;
Plan Confirmed: 10/18/22
Doc 103 - Abated
Future Hearing: 12/8/22 at 10:00 am.
Related Case:
22-ap-50 Huckleberry Partners v. Herborn (Notice of Removal) (Future Hearing: 12/15/22 at 10:15 am)
22-mp-04 Kanter v. Herborn (Future Hearing: 12/15/22 at 10:15 am)

**APPEARANCES:**:   Justin Luna (Debtor Atty); Audrey Aleskovsky (US Trustee Atty); Paul Mascia (Mark Healy Atty); David Simmons, Dan O'Malley (DSK Law Atty); Bart Houston (Kanter Atty); Andrew Ballentine (Buckles Law Atty);

**RULING:**
Kanter's Motion for Reconsideration of Confirmation Order pursuant to Rule 9023   (Doc #128) - Granted as discussed in open court based on agreed revisions:Order by Mascia;

Note:   The continued status conference previously scheduled on 12/8/22 at 10:00 am. will be RESCHEDULED to JANUARY 24, 2023 AT 10:00 am.:Order by Chambers;

(gww).
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.