**ORDERED.**

**Dated: November 15, 2022**

Grace E. Robson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re ) | |
| ) | |
| Huckleberry Partners LLC, ) | Case No. 6:22-bk-02159-GER |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |

### ORDER RESETTING POST-CONFIRMATION STATUS CONFERENCE

This case came before the Court on November 15, 2022 at 9:30 a.m. (the "Hearing"). Upon the request of the parties at the Hearing and for the reasons stated in open court, it is

**ORDERED**:

1. The post-confirmation status conference scheduled for December 8, 2022 at 10:00 a.m. is rescheduled for **January 24, 2023 at 10:00 a.m.** in Courtroom D, Sixth Floor, of the United States Bankruptcy Court, 400 West Washington Street, Orlando, Florida 32801.

# # #

Attorney Justin M Luna is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and to file a proof of service within 3 days of entry of this Order.